UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

R.E.P. (XXX-XX-9107)                        CIVIL ACTION NO. 11-cv-1266

VERSUS                                      JUDGE FOOTE

U.S. COMMISSIONER, SOCIAL                   MAGISTRATE JUDGE HORNSBY
SECURITY ADMINISTRATION

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Commissioner's decision is reversed and that, pursuant to sentence four of 42 U.S.C. § 405(g), this case is remanded to the Commissioner for further proceedings.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 21st day of September 2012.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE